■ KENNETH EARL TUPER, as Cotrustee of the Tuper Living Trust, et al., Appellants, v PATRICIA P. TUPER, as Cotrustee of

the Tuper Living Trust, Respondent. [827 NYS2d 897]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.